5/17/2013

Civil Action # 13-00457

FILED
LODGED
RECEIVED

MAIL

MAY 20 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

My name is Kristen Fletcher the temporary guardian of Danielle Martin. I am requesting a motion to quash this subpoena. There are a few problems to this specific case. First I'd like to note that Danielle Martin is a minor and under the age of 18. The account in question was opened over a year ago. It was created by her mother (recently deceased). The account was canceled and is no longer active. The date in question was back on 12/24/2012 Christmas Eve, on this day there was a lot of family and friends over. I have gone through all Internet devices and no such downloads have been done. I'm not sure as to how this download occurred under the IP address. I was told it might have happened from having an open network. The issue has been resolved as far as the account goes, so there's no way it would ever happen again. Thank you for your time and I hope to hear back soon. Have a great day!

13-CV-00457-JGM

| No | IP Address | HitDateUTC (MM/DD/YY) |
|---|---|---|
| 4 | 67.160.95.205 | 01/02/2013 04:03:57 AM |
| 5 | 67.161.104.133 | 01/01/2013 03:42:25 PM |
| 7 | 50.135.52.207 | 01/01/2013 02:40:06 AM |
| 9 | 24.19.112.246 | 12/31/2012 11:07:17 PM |
| 10 | 67.189.13.192 | 12/31/2012 09:05:15 PM |
| 11 | 24.20.175.222 | 12/31/2012 07:58:46 AM |
| 13 | 24.17.249.25 | 12/30/2012 06:32:22 PM |
| 14 | 67.183.177.24 | 12/28/2012 01:57:53 AM |
| 15 | 67.185.14.19 | 12/28/2012 11:23:26 PM |
| 16 | 98.247.165.66 | 12/28/2012 10:09:43 PM |
| 17 | 24.18.200.200 | 12/28/2012 08:19:53 PM |
| 18 | 67.160.132.230 | 12/28/2012 03:20:30 PM |
| 23 | 50.135.221.254 | 12/26/2012 09:27:53 AM |
| 24 | 67.168.19.234 | 12/26/2012 08:31:26 AM |
| 25 | 67.183.198.216 | 12/26/2012 03:40:38 AM |
| 26 | 24.17.248.22 | 12/24/2012 05:11:32 PM |
| 28 | 71.197.169.207 | 12/24/2012 07:45:18 AM |
| 29 | 24.18.82.141 | 12/23/2012 07:03:44 PM |
| 30 | 50.132.89.235 | 12/23/2012 10:33:56 AM |
| 31 | 98.247.188.159 | 12/23/2012 10:32:16 AM |
| 33 | 24.18.107.43 | 12/23/2012 04:44:46 AM |
| 35 | 24.16.162.190 | 12/22/2012 03:01:50 AM |
| 36 | 76.28.148.85 | 12/21/2012 08:17:38 AM |
| 37 | 76.22.11.194 | 12/20/2012 02:16:47 AM |
| 38 | 50.135.85.159 | 12/19/2012 07:58:03 AM |
| 40 | 24.17.251.76 | 12/18/2012 01:10:04 PM |
| 42 | 24.22.128.211 | 12/18/2012 07:00:10 AM |
| 43 | 24.19.113.100 | 12/18/2012 06:14:53 AM |
| 45 | 24.22.240.30 | 12/17/2012 07:09:30 AM |
| 46 | 67.160.4.33 | 12/16/2012 10:49:14 AM |
| 47 | 71.59.171.156 | 12/15/2012 08:59:48 PM |
| 49 | 67.168.58.123 | 12/15/2012 11:27:44 AM |

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | | |
|---|---|---|
| VOLTAGE PICTURES, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 13-00457 |
| DOES 1-78 | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Comcast

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: All Names, Emails and Addresses associated with the IP addresses provided in the attached list.

| Place: Frontier Law Group, PLLC<br>1001 4th Avenue, Suite 3200<br>Seattle, WA 98154 | Date and Time:<br>05/03/2013 0:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: ___03/29/2013___

*CLERK OF COURT*

OR

_____    _s/Richard J. Symmes/_
*Signature of Clerk or Deputy Clerk*      *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____, who issues or requests this subpoena, are:

Richard J. Symmes
1001 4th Avenue, Suite 3200
Seattle, WA 98154 Ph:206-682-7975, Fax: 206-424-4691, Richard@symmeslaw.com

K. FLETCHER
10 S. 333RD LN
FEDERAL WAY, WA 98003

SEATTLE WA 980
17 MAY 2013 PM 7 L

9810144425

US DISTRICT COURT
700 STEWART STREET
SUITE # 2310
SEATTLE, WA 98101